Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>   v.<br><br>PLANET BEAUTY, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.: 8:21-cv-01501-JLS-ADS<br><br>CLASS ACTION<br><br>Honorable Judge Josephine L. Staton<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: September 10, 2021<br>Trial Date:      None Set |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Portia Mason request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: December 23, 2021     **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Binyamin I. Manoucheri
*Attorneys for Plaintiff and Proposed Class*

2
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**